UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| GRAY CONSTRUCTION, INC., | ) |
| Plaintiff, | ) Civil Action No. 5: 17-484-DCR |
| V. | ) |
| ENVIROTECH CONSTRUCTION CORP., | ) **JUDGMENT** |
| Defendant. | ) |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, the Memorandum Opinion and Order entered on January 28, 2019 [Record No. 77], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff Gray Construction and against Defendant Envirotech Construction Corp. in this civil action.

2. Plaintiff Gray Construction is awarded prejudgment interest against Defendant Envirotech Construction Corp. in the amount of $12,073.00.

3. Plaintiff Gray Construction is awarded damages against Defendant Envirotech Construction Corp. in the amount of $656,335.58, plus post-judgment interest at the legal rate from this date until paid.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: April 19, 2019.



Signed By:
*Danny C. Reeves*
United States District Judge